[No. 4473. Decided March 26, 1903.]

SIMON KREIELSHEIMER *et al., Respondents,* v. O. J. NEL-
SON *et al., Appellants.*

NEW TRIAL — AMENDMENT OF MOTION.

Amendments to a motion for a new trial are allowable after
the motion has been made

SAME—DISCRETION AS TO GRANTING MOTION.

The granting of a new trial is a matter so discretionary with
the trial court, that its action will not be interfered with on
appeal, unless it plainly appears that such discretion has been
abused.

Appeal from Superior Court, King County.—HON.
GEORGE MEADE EMORY, Judge. Affirmed.

*William Martin,* for appellants.

*Allen, Allen & Stratton,* for respondents.

PER CURIAM.—This is an appeal from the judgment
of the court granting motion for a new trial, on the
ground of newly discovered evidence. It is objected
that the court erred in allowing the respondents to amend
their motion for a new trial after the same had been
made. This question was decided against the conten-
tion of the appellants in *Bailey v. Drake,* 12 Wash. 99
(40 Pac. 631). It is also urged that, even if the amend-
ment were properly allowed, no sufficient showing for a
new trial was made, as the evidence offered was merely
cumulative. We have uniformly held that the granting
of a new trial was a matter so discretionary with the
trial court that this court would not interfere unless it
plainly appeared that such discretion was abused. We
are not able to say that the court abused its discretion
in the granting of this motion. *State v. Stowe,* 3 Wash.
206 (28 Pac. 337, 14 L. R. A. 609). Neither are we

prepared to say that the complaint did not state a cause of action.

The judgment is affirmed.